# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Gabrielle Levin
Direct: +1 212.351.3901
Fax: +1 212.351.5301
GLevin@gibsondunn.com

February 28, 2022

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE: 3/1/2022]

MEMO ENDORSED

VIA ECF

The Honorable Colleen McMahon
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Ebone Everett v. Green Key, LLC, et al.
    Civil Action No. 22-cv-00140 (CM)

Dear Judge McMahon:

This firm represents defendant Health Plus Management, LLC in connection with the above-captioned action.

We write to respectfully request that the Court adjourn the initial case management conference—which is currently scheduled for March 3, 2022 at 11:30 a.m.—until after the current deadline to respond to the complaint, March 10, 2022. The parties are currently engaged in settlement discussions and are optimistic that progress will be made towards a settlement that could obviate the need for a conference.

Plaintiff has agreed to our request for an adjournment. This is our first such request and will not affect any other deadlines in this action.

Thank you for your consideration.

Respectfully,

/s/ Gabrielle Levin

Gabrielle Levin

cc:   All counsel of record (via ECF)

[Handwritten endorsement: OK — new date 3/17/2022 @ 11:00 AM. Colleen McMahon 3/1/2022]